# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| GUAM POWER AUTHORITY, | Civil Case No. 1:25-cv-00029 |
| Petitioner, | |
| vs. | **[PROPOSED] ORDER Granting Respondent's Motion to Strike and Memorandum of Law** |
| ATTORNEY GENERAL OF GUAM, | |
| Respondent. | |

This matter having come before the Honorable Frances Tydingco-Gatewood on Respondent Attorney General of Guam's Motion to Strike certain allegations contained in Petitioner Guam Power Authority's ("GPA's") Memorandum of Points and Authorities in Support of Motion to Remand [ECF 7-1] and in GPA's Verified Petition for Writ of Mandate [ECF 1-2], and the Court having considered the matters on file herein, and deeming itself fully advised, does hereby order as follows:

That the Motion to Strike is **GRANTED**. The allegations identified in the motion shall be stricken and shall not be considered in this matter.

**IT IS SO ORDERED** this _____ day of August, 2025

_____
**FRANCES M. TYDINGCO-GATEWOOD**
Chief District Judge

Furnished:

All Counsel of Record

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Page **1** of **1**
*[Proposed] Order Granting Respondent's Motion to Strike and Memorandum of Law*
District Court of Guam Case No. CV25-00029