# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| GUAM POWER AUTHORITY, | ) | Civil Case No. 1:25-cv-00029 |
| Petitioner, | ) | |
| vs. | ) | **[PROPOSED] ORDER Denying Petitioner's Motion for Remand** |
| ATTORNEY GENERAL OF GUAM, | ) | |
| Respondent. | ) | |

This matter having come before the Honorable Frances Tydingco-Gatewood on Petitioner Guam Power Authority's ("GPA's") Motion for Remand [ECF 7] of GPA's Verified Petition for Writ of Mandate [ECF 1-2 and 3], and the Court having considered the matters on file herein, and deeming itself fully advised, does hereby order as follows:

That the Motion for Remand is DENIED.

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2025

_____
**FRANCES M. TYDINGCO-GATEWOOD**
Chief District Judge

Furnished:

All Counsel of Record

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Page **1** of **1**
*[Proposed] Order Denying Petitioner's Motion for Remand*
District Court of Guam Case No. CV25-00029