

**Douglas B. Moylan**
**Attorney General of Guam**
**Office of the Attorney General**
Civil Division
134 W. Soledad Avenue, Ste. 302
*Hagåtña*, Guam 96910 • USA
671-475-2710 (tel) • 671-477-2493 (fax)
www.guamattorneygeneral.org

**Attorneys for the People of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| GUAM POWER AUTHORITY, | ) | Civil Action No. 25-cv-00029 |
| Petitioner, | ) | |
| vs. | ) | **Request for Hearing – Oral Argument** |
| ATTORNEY GENERAL OF GUAM, | ) | |
| Respondent. | ) | |

Respondent Attorney General of Guam, by and through the undersigned counsel, and pursuant to CVLR 7(i), respectfully hereby requests oral argument on all pending matters before this Honorable Court, including:

(1) Petitioner's Motion to Remand (ECF 7), where the reply is not due until 9/4/25; and

(2) Respondent's Motion to Consolidate Cases (ECF 8) where the reply was filed on 8/28/25; and

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Page **1** of **3**
*Plaintiffs' Request for Hearing – Oral Argument*
District Court of Guam Case No. CV25-00029

Case 1:25-cv-00029   Document 16   Filed 09/04/25   Page 1 of 3

(3) Respondent's Motion to Strike (ECF 10), where the reply is not due until 9/11/25.

The matters pending before this Honorable Court raise important questions regarding the U.S. Congress' 1950 Organic Act of Guam, and the fiscal health of the United States Government and the Government of Guam, as well as other matters wherein oral argument will allow the parties to assist the Court in considering the important legal issues affecting Congress' Organic Act of Guam, the structure of this Territorial Government, and the rights of the parties as afforded by the U.S. Congress and the residents living within this U.S. Territory.

**WHEREFORE,** for good cause shown, Respondent Attorney General of Guam, respectfully requests that this Honorable Court set the date and time for argument and notify the parties.

**Respectfully submitted** this 4th day of September, 2025.

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General of Guam

*W. Lyle Stamps*
**WILLIAM LYLE STAMPS**
Assistant Attorney General

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Page **2** of **3**
*Plaintiffs' Request for Hearing – Oral Argument*
District Court of Guam Case No. CV25-00029

Case 1:25-cv-00029   Document 16   Filed 09/04/25   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**MARIANNE WOLOSCHUK, ESQUIRE**

Guam Power Authority

Gloria B. Nelson, Public Service Bldg

688 Route 15, Fadian, Mangilao, Guam 96913

Ph: (671) 300-6848 / Fax (671) 648-3290

E-mail: mwoloschuk@gpagwa.com

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General of Guam

*W. Lyle Stamps*
**WILLIAM LYLE STAMPS**
Assistant Attorney General

---