**MARIANNE WOLOSCHUK**
Legal Counsel
Guam Power Authority
Gloria B. Nelson, Public Service Bldg.
688 Route 15, Fadian
Mangilao, Guam 96913
Ph: (671) 648-3227
Fax: (671) 648-3290
E-mail: mwoloschuk@gpagwa.com

*Attorney for the Guam Power Authority*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM POWER AUTHORITY, ) | CIVIL CASE NO. 1:25-CV-00029 |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **GPA'S NON-OPPOSITION TO** |
| ) | **ATTORNEY GENERAL'S REQUEST** |
| ATTORNEY GENERAL OF GUAM, ) | **FOR HEARING** |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

On September 4, 2025, respondent Douglas B. Moylan, Attorney General of Guam, filed a request for hearing (ECF No. 16) on petitioner Guam Power Authority's (GPA) motion to remand (ECF No. 7) and AG Moylan's motions to consolidate (ECF No. 8) and strike (ECF No. 10). The reply brief on GPA's motion to remand was due and filed on August 21, 2025. The reply brief on AG Moylan's motion to consolidate was due and filed on August 28, 2025. The reply brief on AG Moylan's motion to strike was due and filed on September 11, 2025.

CVLR 7(i) of the Civil Local Rules of Practice provides that a request for oral argument on a motion must be filed no later than 7 days following the last day a reply brief would be due. Thus, AG Moylan's request is timely only as to his motions, and not GPA's. Notwithstanding this oversight, GPA does not object to the request.

In the request for a hearing, AG Moylan provides his own justification for oral argument. GPA disagrees that its petition for writ of mandate raises any issues of federal law, as it is a matter of local law that should not be considered together with AG Moylan's case against the Governor and GHURA. However, given the obfuscation in respondent's filings to make this case seem more complicated than it really is, GPA believes that oral argument will assist the court in clarifying the issues and reaching a decision.

Respectfully submitted this 17th day of September, 2025.

*Attorney for the Guam Power Authority*

By:   /s/_____
         **Marianne Woloschuk**
         GPA Legal Counsel

**Certificate of Service**

I certify that on September 17, 2025, I electronically filed the foregoing document with the Clerk of Court for the District Court of Guam using the CM/ECF system which will send notification of such filing to all counsel and parties of record:

Willam Lyle Stamps, Assistant Attorney General
Offices of the Attorney General of Guam
134 W. Soledad Avenue
Bank of Hawaii Building, 3rd Floor, Suite 301
Hagåtña, Guam 96910
Email: wstamps@oagguam.org
Counsel for Respondent Attorney General of Guam

Executed at Mangilao, Guam, on September 17, 2025.

/s/_____
Marianne Woloschuk