**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| GUAM POWER AUTHORITY,<br><br>    Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL OF GUAM,<br><br>    Respondent. | CIVIL CASE NO. 25-00029<br><br><br>**ORDER** |

  Before the court are the following motions: Motion to Remand, ECF No. 7; Motion to Consolidate Cases, ECF No. 8; Motion to Strike, ECF No. 10; and Request for Hearing on all three pending motions, ECF No. 16.

  Respondent Attorney General of Guam wishes to consolidate this instant case with Civil Case No. 24-00029, *Government of Guam and Douglas B. Moylan v. Lourdes A. Leon Guerrero and the Guam Housing and Urban Renewal Authority*. The court's ruling in that case may affect the posture of the instant case, *e.g.*, if the motion to consolidate is granted in Civil Case No. 24-00029, then the motion to remand in the instant case may be moot. As such, the court will **STAY** the pending motions in this case (Motion to Remand, ECF No. 7; Motion to Consolidate Cases, ECF No. 8; and Motion to Strike, ECF No. 10) until such time that the pending motions in Civil

Case No. 24-00029 (Joint Motion to Strike and Dismiss, ECF No. 5; Motion for Leave to File an Amended Complaint, ECF No. 20; and Motion to Consolidate Cases, ECF No. 21) are resolved.

At this time, the request for hearing on all the motions is denied, and the court will set the matter for an oral argument should it find it necessary.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Sep 17, 2025**