# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM POWER AUTHORITY, | CIVIL CASE NO. 25-00029 |
| Petitioner, | |
| vs. | **ORDER OF SELF-RECUSAL** |
| ATTORNEY GENERAL OF GUAM, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 455(a), the undersigned Judge hereby disqualifies herself from the above proceeding.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 06, 2026**

1